# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BRIANNA WOMACK | § § § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-1017-S-BW |
| SOUTHWEST CREDIT SYSTEM, L.P. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation, Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 4] is **DENIED**. By separate judgment, this action will be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

SIGNED May 23, 2025.

_____
**UNITED STATES DISTRICT JUDGE**